**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-2133**

———————————

ROBIN PURCELL,

Plaintiff - Appellant,

versus

Z. A. MORSE; CITY OF RALEIGH POLICE
DEPARTMENT,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (5:05-cv-00460)

———————————

Submitted: March 22, 2007          Decided: March 27, 2007

———————————

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robin Purcell, Appellant Pro Se. Dorothy K. Leapley, CITY OF
RALEIGH, Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robin Purcell appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Purcell v. Morse</u>, No. 5:05-cv-00460 (E.D.N.C. Sept. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>